# FIRST DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

———————————————————

No. 1D2022-3914

———————————————————

LASHANIA COLSON,

    Appellant,

v.

FLORIDA TRANSMISSION, INC.,

    Appellee.

———————————————————

On appeal from the County Court for Leon County.
Monique R. Richardson, Judge.

February 2, 2026

PER CURIAM.

    AFFIRMED.

OSTERHAUS, C.J., and LEWIS and BILBREY, JJ., concur.

———————————————————

***Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.***

———————————————————

Lashania Colson, pro se, Appellant.

John W. Black, Tallahassee, for Appellee.